IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GARY LEE MYERS,            )
    Petitioner,         )
                      )
       v.                 )   Civil Action No. 09-394
                      )     (Criminal No. 08-181)
UNITED STATES OF AMERICA,)
    Respondent.         )

## ORDER

AND NOW, this 3rd day of April, 2009, the Court, having received petitioner's motion to vacate [document #39 at Criminal No. 08-181], IT IS HEREBY ORDERED that any response to the motion shall be filed on or before April 24, 2009.

IT IS FURTHER ORDERED that any reply to a response shall be filed on or before May 8, 2009.

                                      BY THE COURT:

                                      s/Gary L. Lancaster_____, J.
                                      Hon. Gary L. Lancaster,
                                      United States District Judge

cc:   All Counsel of Record